UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 3:12-00050 |
| | ) |
| v. | ) |
| | ) |
| TONY DONELL MCCOLLEY | ) |

## ORDER

This matter comes before the Court on the Government's Motion to Seal the Information in the captioned case. It is hereby ordered that:

The Motion is granted and the Information and the entire case is ordered sealed, pending further order of the Court, except that a redacted copy: (a) may be provided by the Government to the defendant's counsel and to the U.S. Probation Office; and (b) shall be provided by the Clerk's office to the United States Marshals Service (USMS) to permit the USMS to perform its statutorily authorized duties.

The Clerk is directed to file this Order and related matters under seal and, except for a copy of the Information the Clerk shall provide to the USMS, to serve them only on counsel for the Government.

Dated: 3-5-12

HONORABLE WILLIAM J. HAYNES, JR.
UNITED STATES District JUDGE