; F5BH98 `Ug`hc`Vch `WUgYg"

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 3:09-00193 |
| | ) | 3:12-00050 |
| | ) | |
| v. | ) | JUDGE WISEMAN |
| | ) | |
| TONY MCCOLLEY | ) | **UNDER SEAL** |

## MOTION TO UNSEAL PLEA AGREEMENT

Comes now the United States and requests the plea agreement and petition to enter a plea of guilty by defendant McColley in case 3:09-00193, and the Information, plea agreement, and petition to enter a plea of guilty in case 3:12-00050, be unsealed. The undersigned plans to call defendant McColley to testify in the trial of *United States v. Corey Lamont Lanier*, Case No. 3:11-00098, which is expected to begin on Tuesday, December 11, 2012, in Chief Judge Haynes' court. Coordination with Lanier's defense counsel leads the undersigned to believe the case will be tried as scheduled. Therefore, the requested documents should be unsealed in order to make them available to defense counsel and as potential trial exhibits. Defense counsel for defendant McColley has authorized the undersigned to report that the defense has no objection to this motion.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

**s/ *Sunny A.M. Koshy***
SUNNY A.M. KOSHY
Assistant United States Attorney
A-961 U.S. Courthouse
ll0 Ninth Avenue South
Nashville, Tennessee 37203
Telephone: 615-736-5151