IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No. 3:12-cr-00050 |
| v. | ) | |
| | ) | Judge Nixon |
| TONY DONELL MCCOLLEY | ) | *SEALED* |

## ORDER

I hereby **RECUSE** myself from this matter. The file shall be returned to the Clerk for reassignment.

It is so ORDERED.

Entered this the 11th day of January, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT