IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | **SEALED** |
| v. ) | Criminal No. 3:12-00050 |
| ) | Judge Trauger |
| ) | |
| TONY DONELL MCCOLLEY ) | |

## SEALED ORDER

It is hereby **ORDERED** that the sentencing hearing scheduled for August 15, 2014 is **RESET** for Thursday, September 4, 2014, at 2:30 p.m.

It is so **ORDERED.**

Enter this 6th day of August 2014.

ALETA A. TRAUGER
United States District Judge